1  WILLIAM L. MARDER, ESQ. (CBN 170131)
   Polaris Law Group LLP.
2  501 San Benito Street, Suite 200
   Hollister, CA 95023
3  Tel: (831) 531-4214
4  Fax: (831) 634-0333
   Email: bill@polarislawgroup.com
5
6  Attorneys for Plaintiff Jesus Zepeda

**IT IS SO ORDERED**
Judge Edward J. Davila
2/26/2014

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| JESUS ZEPEDA, | ) Case No.: C 13-01731 EJD |
| | ) |
| Plaintiff, | ) STIPULATION OF DISMISSAL WITH |
| | ) PREJUDICE PURSUANT TO FRCP 41(A) |
| v. | ) |
| | ) |
| HORIZON DISTRIBUTORS, INC. | ) |
| and DOES 1 through 10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that the above-referenced action be and hereby is dismissed, with prejudice, pursuant to FRCP Section 41(a)(1).

The Clerk shall close this file.

1

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)

C:\Docs\SkyDrive\Documents\Zepeda\Stipulation For Dismissal.doc

Dated: February 17, 2014                   /s/
                                          DINA GLUCKSMAN
                                          GORDON & REES LLP.
                                          Attorney for Defendant
                                          HORIZON DISTRIBUTORS, INC.


Dated: February 17, 2014                   /s/
                                          WILLIAM L. MARDER
                                          POLARIS LAW GROUP
                                          Attorney for Plaintiff
                                          JESUS ZEPEDA

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)

C:\Docs\SkyDrive\Documents\Zepeda\Stipulation For Dismissal.doc